UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE PORTER, JR.,

    Petitioner,

v.                                  CASE NO. 6:03-cv-1465-Orl-31KRS

JAMES CROSBY, JR., et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following motion:

**MOTION**:    Respondents' Motion for Stay Pending Appeal (Doc. No. 42, filed November 2, 2007).

Thereon it is **ORDERED** that the motion is **GRANTED**. The United States Supreme Court has held that the factors to be considered when determining whether to issue a stay in a habeas case include: (1) whether the applicant has made a strong showing of the likelihood of success; (2) whether the applicant will be irreparably injured without a stay; (3) whether a stay will substantially injure the other parties interested in the proceeding; (4) the public interest; (5) the possibility of flight; (6) the risk of danger posed to the public if the prisoner is released; and (7) the State's interest in continuing custody and rehabilitation. *Hilton v. Braunskill* 481 U.S. 770, 776-77 (1987).

Respondents have established that they will be irreparably injured if the stay is not granted pending the appeal. Moreover, Petitioner is not from Florida and based on his history as demonstrated by the evidence in the state court proceedings, he poses a risk of flight if released before the resolution of the appeal. Finally, the public interest, risk of danger, and the State's

interest weigh in favor of granting a stay pending the appeal.  Accordingly, the enforcement of the writ is hereby **STAYED** pending the resolution of the appeal.

**DONE AND ORDERED** at Orlando, Florida this 5th  day of November, 2007.

Copies to:
sc 11/5
Counsel of Record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE